QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000
Christine H. Chung (CC 0423)

Attorneys for Charles Russell LLP
in its capacity as duly authorized
External Administrator of
Awal Bank, BSC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 15 |
| AWAL BANK, BSC | Case No. 09-15923 (ALG) |
| Debtor in a Foreign Proceeding | |

-----------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Brown Rudnick LLP, appears herein as substituted counsel to Charles Russell LLP in its capacity as duly authorized External Administrator of Awal Bank, BSC, in administration under authority of the Central Bank of Bahrain; and Quinn Emanuel Urquhart & Sullivan, LLP, hereby withdraws its previous appearance on behalf of Charles Russell LLP in its capacity as duly authorized External Administrator of Awal Bank, BSC, in administration under authority of the Central Bank of Bahrain.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: April 20, 2010

Superseding Counsel to the External Administrator
of Awal Bank, BSC

*/s/ David J. Molton*
BROWN RUDNICK LLP
David J. Molton (DM 1106)
Andrew S. Dash (AD 7913)
7 Times Square
New York, New York 10036
Tel: ((212) 209-4800
Fax: (212) 209-4801

and

BROWN RUDNICK LLP
Sunni P. Beville (SB 7619)
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 856-8200
Fax: (617) 856-8201


Former Counsel to the External Administrator
of Awal Bank, BSC


QUINN EMANUAL URQUHART & SULLIVAN, LLP
Daniel L. Brockett (DB-3192)
Christine H. Chung (CC 0423)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Tel: (212) 849-7000
Fax: (212) 849-7100


#1735605 v1

Dated: April ___, 2010

Superseding Counsel to the External Administrator
of Awal Bank, BSC

---

BROWN RUDNICK LLP
David J. Molton (DM 1106)
Andrew S. Dash (AD 7913)
7 Times Square
New York, New York 10036
Tel: ((212) 209-4800
Fax: (212) 209-4801

and

BROWN RUDNICK LLP
Sunni P. Beville (SB 7619)
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 856-8200
Fax: (617) 856-8201

Former Counsel to the External Administrator
of Awal Bank, BSC

_____/s/ Dan Brockett_____
QUINN EMANUAL URQUHART & SULLIVAN, LLP
Daniel L. Brockett (DB-3192)
Christine H. Chung (CC 0423)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Tel: (212) 849-7000
Fax: (212) 849-7100

#1735605 v1