UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

AWAL BANK, BSC,

Debtor in a Foreign Proceeding.

Chapter 15

Case No. 09-15923 (ALG)

**NOTICE OF ADJOURNMENT
OF STATUS CONFERENCE**

PLEASE TAKE NOTICE that the status conference, which was scheduled to be held on October 26, 2010 at 10:00 a.m. (Eastern Time), has been adjourned to October 26, 2010 at 2:30 p.m. (Eastern Time).

The status conference will be held before Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on October 26, 2010 at 2:30 p.m. (Eastern Time).

Dated: October 20, 2010
      New York, New York

      /s/ Sunni P. Beville
David J. Molton
Robert L. Harris
Sunni P. Beville
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: (212) 209-4800
Fax: (212) 209-4801

Attorneys for the Petitioner Charles Russell, LLP, London, as External Administrator of Awal Bank, BSC

# 1781279