**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| AWAL BANK, BSC,<br>        Debtor in a Foreign Proceeding. | Case No. 09-15923 (ALG) |
| In re: | Chapter 11 |
| AWAL BANK, BSC,<br>        Debtor. | Case No. 10-15518 (ALG) |
| CHARLES RUSSELL, LLP, AS EXTERNAL<br>ADMINISTRATOR OF AWAL BANK, BSC<br>        Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A.<br>        Defendant. | Adv. Pro. No. 11-01535 (ALG) |

**ORDER APPROVING EXTERNAL ADMINISTRATOR'S MOTION FOR AN ORDER**
**APPROVING SETTLEMENT WITH HSBC BANK USA, N.A.**

Upon the External Administrator's Motion (the "Motion")[1] for an Order Approving

Settlement with HSBC Bank USA, N.A. ("HSBC") pursuant to Federal Rule of Bankruptcy

Procedure 9019(a) and section 105 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*,

as amended, and it appearing that proper and adequate notice has been given and that no other or

further notice is required; and upon the record herein; and after due deliberation thereon; and

sufficient cause appearing therefore; it is hereby

**ORDERED** that the Motion is granted as set forth herein, and it is further

**ORDERED** that the Settlement Agreement is approved in all respects; and it is further

---

[1]    Capitalized terms used herein and not defined shall have the meanings ascribed to them in the Motion.

**ORDERED** that pursuant to Bankruptcy Rule 9019, the settlement and mutual releases and waivers of claims and obligations as set forth in the Settlement Agreement are hereby approved; and it is further

**ORDERED** that this Court shall retain jurisdiction to determine any and all disputes concerning the interpretation or implementation of this Order or the Settlement Agreement.


*/s/Allan L. Gropper*
The Honorable Allan L. Gropper
United States Bankruptcy Judge

Dated: January 31, 2012
        New York, New York


2754467